FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 17 2009

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY WOLINSKI,

    Defendant.

86-CR-00228-1

Order Quashing Arrest Warrant

Upon Motion by Plaintiff, United States of America,

IT IS HEREBY ORDERED THAT the Motion To Quash Arrest Warrant is granted.

DATED this 17th day of July, 2009.

/s/
United States District Judge

Order Quashing Arrest Warrant - 1
P90716LC.EHB.wpd