FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 17 2009

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 86-CR-00228-1 |
| Plaintiff, ) | |
| vs. ) | Order Of Dismissal With Prejudice |
| ANTHONY WOLINSKI, ) | |
| Defendant. ) | |

Leave of Court is granted for the filing of the foregoing dismissal with prejudice. The Court makes no judgment as to merit or wisdom of this dismissal.

DATED this 17th day of July, 2009.

*[signature]*

United States District Judge

Order Of Dismissal With Prejudice - 1
P90716LC.EHD.wpd